# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL LUCKY WILSON

NO. 2026 KW 0486

**JULY 13, 2026**

---

In Re:     Lacal Lucky Wilson, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           374567.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

    **WRIT DENIED.** Relator claims that his constitutional and due process rights were violated during the criminal and habitual offender proceedings are a request for postconviction relief. If the inmate files a pleading that requests postconviction relief, the pleading should be treated as such, including the application of the time limit of Article 930.8. <u>See</u> **State v. Jarrow,** 2004-0483 (La. 9/24/04), 882 So.2d 1160. No application for postconviction relief shall be considered if it is filed more than two years after the judgment of conviction and sentence has become final under the provisions of Articles 914 or 922, unless an exception applies. <u>See</u> La. Code Crim. P. art. 930.8(A).

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT